21099. FEDERAL LAND BANK OF COLUMBIA *v.* SHINGLER, executrix, *et al.*

BROYLES, C. J. 1. The transfer of this case by the Supreme Court to this court is tantamount to a ruling that it is not a case in equity.

2. Under the agreed statement of facts and the evidence adduced upon the trial, the plaintiff bank had no cause of action at law against the defendants; and the trial judge, sitting, by consent, without the inter-

vention of a jury, did not err in rendering judgment in favor of the principal defendant, and in refusing to render judgment against the other defendant, a corporation, which had filed no defense to the suit, but which was not a resident of the county in which the suit was filed and tried.   *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 31, 1931.

*N. L. Stapleton, Harry D. Reed,* for plaintiff.
*C. E. Hay, J. T. Goree, J. A. Drake,* for defendants.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*